**Robert John MOES, Petitioner—Appellant,**

v.

**Stephen DEWALT, Warden; David A. Holler, Case Manager, Respondents—Appellees.**

No. 05–7429.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 26, 2006.

Decided: Feb. 2, 2006.

Robert John Moes, Appellant Pro Se. James A. Frederick, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM:

Robert John Moes, a federal prisoner, seeks to appeal the district court's order

dismissing his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and have found no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Moes v. DeWalt*, No. CA-04-2959-8-RWT (D. Md. filed Aug. 26, 2005 & entered Aug. 30, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*